AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FOR THE DISTRICT OF RHODE ISLAND

TEXTRON FINANCIAL CORPORATION

v.

GEORGE W. STEVENS

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-222T

TO: (Name and address of defendant)

Mr. George W. Stevens
55 Newfield Avenue, Apt. 92
Waterbury, CT 06708

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Armando E. Batastini (#6016)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Fran C. McCafe

(BY) DEPUTY CLERK

DATE 7/14/04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Textron Financial Corporation

VS. CASE NO. 04-222T

George W. Stevens

AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT

SS: WATERBURY

COUNTY OF NEW HAVEN

Sean Greene, the undersigned, being duly sworn, deposes and says that he was at the time of service over the age of twenty-one and was not a party to this action.

That on Tuesday, July 20, 2004 at 7:00 PM., Deponent served the within named George W. Stevens by giving a true copy of the Summons; Civil Cover Sheet and Complaint to George W. Stevens personally at 55 Newfield Avenue, Apt. 92, Waterbury, CT .

George W. Stevens is a White Male approximately 45 years of age, 5' 7" Tall and approximately 150-160 pounds with Blonde hair and Glasses were also noted.

To the best of my knowledge and belief, said person was not engaged in the U.S. Military at the time of service.

State of Connecticut
County of New Haven

The undersigned declares under penalty of perjury that the foregoing is true, correct and my free act and deed,

Michael A. Loschiavo, Process Server July 21, 2004

Subscribed to and sworn, before me today, July 21, 2004.

Tracy Brisee, Notary Public
My Commission Expires December 31st, 2005.

FILED
2004 AUG -3 A 10: 42
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND