UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEXTRON FINANCIAL CORPORATION,
Plaintiff

VS. C. A. NO. 04-222T

GEORGE W. STEVENS,
Defendant

**ANSWER OF DEFENDANT**

Now comes George W. Stevens, defendant in the above-entitled matter, and states his answer as follows:

**Parties**

1. The defendant admits the allegations contained in Paragraph 1 of plaintiff's Complaint.

2. The defendant denies the allegations contained in Paragraph 2 of plaintiff's Complaint.

**Jurisdiction and Venue**

3. The defendant neither admits nor denies jurisdiction in this matter.

3. The defendant neither admits nor denies that venue is proper in this district.

4. The defendant admits the allegations contained in Paragraph 5.

**Factual Allegations**

5. The defendant admits the allegations contained in Paragraph 5 of plaintiff's Complaint.

6. The defendant admits the allegations contained in Paragraph 6 of plaintiff's Complaint.

7. The defendant admits that St. George defaulted under the terms of the notes.

3

8. The defendant denies that the outstanding balance on the notes exceeds $3,600,000.

9. The defendant admits that he executed the documents attached to plaintiff's Complaint as Exhibit C. The defendant denies that he has unconditionally guaranteed all amounts due and owing under the Term Note and Promissory Note.

10. The defendant admits that the Term Note, Promissory Note, and Unconditional Guarantee contain provisions regarding attorney's fees.

11. The defendant denies that he owes at least $3,600,000 to Textron.

## COUNT 1

12. The defendant repeats his answers to Paragraphs 1 through 11 to plaintiff's Complaint and incorporates them herein by reference.

13. The defendant denies the allegations contained in Paragraph 13 of plaintiff's Complaint.

WHEREFORE, the defendant prays that plaintiff's Complaint be dismissed.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has waived its claims against the defendant.

## SECOND AFFIRMATIVE DEFENSE

Defendant claims the affirmative defense of estoppel against the plaintiff.

GEORGE W. STEVENS, Defendant
By his Attorney,

Andrew S. Richardson - #2608
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel. (401) 273-9600
Fax. (401) 273-9605

CERTIFICATION

I hereby certify that on September 17, 2004, a copy of the within Answer of Defendant was mailed, postage prepaid, to Armando E. Batastini, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903.

Jeannette L. Arrighi

(JLA\BK\STEVENS – TEXTRON\Answer)