UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEXTRON FINANCIAL CORPORATION,
Plaintiff

VS. C. A. NO. 04-222T

GEORGE W. STEVENS,
Defendant

**DEFENDANT'S SUGGESTION OF BANKRUPTCY**

Defendant, George W. Stevens, filed a voluntary petition under Chapter 7 of the U. S. Bankruptcy Code in the U. S. Bankruptcy Court for the District of Connecticut on October 14, 2005. The bankruptcy case number is 05-36479. A copy of the Bankruptcy Court's notice of Chapter 7 bankruptcy case is attached and incorporated by reference.

GEORGE W. STEVENS, Defendant

By his Attorney,

Andrew S. Richardson - #2608
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
Tel. (401) 273-9600
Fax. (401) 273-9605

CERTIFICATION

I hereby certify that on December 2, 2005, a copy of the within Suggestion of Bankruptcy was mailed, postage prepaid, to Armando E. Batastini, Esq., Edwards & Angell, LLP, 2800 Financial Plaza, Providence, RI 02903.

(JLA\BK\STEVENS – TEXTRON\Suggestion of Bankruptcy)

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03) Case Number 05-36470 asd

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/14/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
George William Stevens
55 Newfield Avenue, Unit 92
Waterbury, CT 06708

| Case Number:* 05-36470 asd | Social Security/Taxpayer ID Nos.: 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 |
|---|---|
| Attorney for Debtor(s) (name and address): Eugene S. Melchionne, 27 First Avenue, Waterbury, CT 06710-1167, Telephone number: (203) 757-3437 | Bankruptcy Trustee (name and address): Bonnie C. Mangan, Law Office of Bonnie C. Mangan, 1050 Sullivan Avenue, Suite A3, South Windsor, CT 06074, Telephone number: (860) 644-4204 |

## Meeting of Creditors:

Date: **November 9, 2005** Time: **04:00 PM**

Location: **Connecticut Financial Center, 157 Church Street, 17th Floor, New Haven, CT 06510**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 1/9/06**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
***THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1.**

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** Connecticut Financial Center, 157 Church Street, 18th Floor, New Haven, CT 06510, Telephone number: 203-773-2009, NOTE: VCIS 24 hour information Toll Free: 1-800-800-5113 | **For the Court:** Clerk of the Bankruptcy Court: Deborah S. Hunt (signature) Deborah S. Hunt |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 10/20/05 |

RECEIVED OCT 2 5 2005

001528 39503-1528-36216